UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-4454-GHK (FMOx) | Date | July 18, 2008 |
|---|---|---|---|
| Title | *Jackson v. Dezember* | | |

**Presiding: The Honorable**  GEORGE H. KING, U.S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:** (In Chambers) Order to Show Cause

On July 8, 2008, Plaintiff Kevin Jackson ("Plaintiff") filed the above-captioned Complaint in this Court. The Complaint alleges that Plaintiff is an inmate of the California State Prison at Solano ("CSP Solano"). As such, Plaintiff appears to reside in Solano County, California. The Complaint further alleges that Defendant Robin Dezember ("Defendant") is the Director of the Division of Correctional Health Care Services of the California Department of Corrections and Rehabilitation. The Complaint does not allege Defendant's residence, although the Civil Cover Sheet, filed with the Complaint, states that Defendant also resides in Solano County. The Civil Cover Sheet also states that the claims in the Complaint arose in Solano County, which reflects the allegations in the Complaint regarding events occurring at CSP Solano. Solano County, California is within the Eastern District of California, Sacramento Division, and not the Central District of California.

As such, venue appears to be improper under 28 U.S.C. § 1391(a), since (1) Defendant does not reside in this district, (2) a substantial part of the events or omissions giving rise to these claims did not occur in this district, and (3) Plaintiff has not demonstrated why there is no other district in which this action may otherwise be brought and why personal jurisdiction would be proper over Defendant.

Here, Plaintiff has not provided an adequate showing as to why venue is proper in this District. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, **WITHIN TWELVE DAYS**, as to why this matter should not be transferred to the Eastern District of California, Sacramento Division.

Plaintiff's failure to timely and adequately show cause as required herein shall be deemed Plaintiff's admission that venue is improper in this District. In that event, this action shall be transferred to the Eastern District of California, Sacramento Division.

**IT IS SO ORDERED.**

:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4454-GHK (FMOx) | Date | July 18, 2008 |
|---|---|---|---|
| Title | *Jackson v. Dezember* | | |

Initials of Deputy Clerk    AB for        Bea